Circuit Court for Prince George's County
Case No. CAL17-07312
Argued: March 1, 2018

IN THE COURT OF APPEALS

OF MARYLAND

No. 59

September Term, 2017

ELIZABETH HANSON-METAYER

v.

LESLIE RACH

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: March 1, 2018

ELIZABETH HANSON-METAYER     *   IN THE

                    *   COURT OF APPEALS

      v.               *   OF MARYLAND

                    *   No. 59

LESLIE RACH             *   September Term, 2017


## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 1st day of March, 2018,


ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.


                    /s/ Mary Ellen Barbera
                    Chief Judge